**Appeal Dismissed and Memorandum Opinion filed July 28, 2015.**



In The

## Fourteenth Court of Appeals

### NO. 14-15-00488-CV

## PATRICIA A. POTTS, INDIVIDUALLY AND AS NEXT FRIEND TO A.M.W., A CHILD, Appellant

### V.

## VINCENT D. WILLIAM AND DMG EQUIPMENT COMPANY, LTD D/B/A PAVERS SUPPLY COMPANY, Appellee

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 1996-50567**

### M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order dismissing appellant's suit for want of prosecution. Patricia Ann Potts has been declared a vexatious litigant under chapter 11 of the Texas Civil Practice and Remedies Code and is therefore subject to a pre-filing order under section 11.101. *See* Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2014).

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d). This is not an appeal from a pre-filing order entered under section 11.101.

On July 14, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction unless appellant, within ten days of the date of the order, filed a copy of the order from the local administrative judge permitting the filing of this appeal. *See* Tex. R. App. P. 42.3(a). Appellant filed a response on July 17, 2015. The response does not contain an order granting permission to file this appeal. Instead, she challenges the validity and constitutionality of the order declaring her a vexatious litigant. Appellant has made the same arguments in numerous proceedings before this court, each of which the court dismissed.[1] Appellant gives no reason the court should reach a different conclusion in this case.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.

---

[1] *In re Potts*, No. 14-14-00388-CV, 2014 WL 2767606 (Tex. App.—Houston [14th Dist.] June 17, 2014) (orig. proceeding); *In re Potts*, No. 14-13-01085-CV, 2014 WL 2039983 (Tex. App.—Houston [14th Dist.] May 15, 2014) (orig. proceeding); *In re Potts*, No. 14-12-00194-CV, 2012 WL 987857 (Tex. App.—Houston [14th Dist.] Mar. 22, 2014).

2